NOW LAW FIRM, APLC
Safora Nowrouzi (SBN 320878)
*safora@nowlawfirm.com*
21550 Oxnard Street, Suite 110
Woodland Hills, CA 91367
T. 818.475.6818
F. 310.975.1251

Attorney for Plaintiffs
RONALD E. HAPPE and KLORYS K. HAPPE

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD E. HAPPE, an individual; KLORYS K. HAPPE, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> LPP MORTGAGE, INC. F/K/A LPP MORTGAGE LTD, a Texas corporation; AFFINIA DEFAULT SERVICES, LLC, a Washington limited liability company; and DOES 1-20, inclusive, <br><br> Defendants. | Case No: 2:26-cv-01582-AC <br><br> [~~PROPOSED~~] ORDER |

[PROPOSED] ORDER

The Court, having considered Plaintiffs' Notice of Voluntary Dismissal of Entire Action With Prejudice, and good cause appearing therefor,

1.  The above-captioned action is DISMISSED WITH PREJUDICE in its entirety.

2.  Each party shall bear its own attorneys' fees and costs with respect to this dismissal.

**IT IS SO ORDERED.**

DATED: June 1, 2026

_____

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

– 1 –
**[PROPOSED] ORDER**